IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES E. WIIG, and MARY MCINTOSH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RICHARD HASELOH, MARK MONTGOMERY, and UNKNOWN RICELY, )<br>)<br>Defendants. ) | CASE NO. 4:10CV3129<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on its own motion. The above-captioned matter was provisionally filed on July 1, 2010. (Filing No. 1.) However, the Complaint cannot be further processed until certain technical defects are corrected. To assure further consideration of the Complaint, Plaintiffs must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT.**

To proceed with this matter, each Plaintiff must submit a separate, signed request to proceed in forma pauperis and an affidavit of poverty in support thereof, or tender the $350.00 filing fee to the Clerk of the court. If a Plaintiff choose to submit a request to proceed in forma pauperis, the enclosed pauper's forms should be completed and returned to this court. Plaintiff Wiig is cautioned that, if he is permitted to proceed in forma pauperis, he will still be required to pay the entire $350.00 filing fee. However, he will be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED that:

1. Each Plaintiff must submit a separate, signed application to proceed in forma pauperis, or pay the $350.00 filing fee on or before August 9, 2010;

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice;

3. The Clerk of the court is directed to send each Plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit; and

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 9, 2010: Check for MIFP or payment.

DATED this 9th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.